Submitted June 27, reversed and remanded
for trial July 9, 1979

STATE OF OREGON, *Appellant,*
*v.*
THOMAS DEREK LODL, *Respondent.*
(No. 78-21399, CA 13695)
597 P2d 376

J. Pat Horton, District Attorney for Lane County,
and Robert T. Chandler, Assistant District Attorney,
Eugene, filed the brief for appellant.

Scott M. Galenbeck, Springfield, waived appearance for respondent.

Before Schwab, Chief Judge, and Tanzer and
Roberts, Judges.

PER CURIAM

## PER CURIAM

The state appeals from an order suppressing a pretrial statement apparently on the ground that defendant's *Miranda* rights had been violated. The state contends that the trial court made this determination without giving the state adequate opportunity to present its case. We do not reach this question, because we find that the record before us affirmatively demonstrates that defendant was not in custody at the time the statements in question were made and there is no evidence indicating involuntariness in the traditional sense.

Reversed and remanded for trial.